UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rasheed Ahmad,<br><br>       Plaintiff,<br><br>  -against-<br><br>Relin, Goldstein & Crane LLP,<br><br>       Defendant. | 25-cv-4167 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 29, 2025, Relin, Goldstein & Crane LLP (Relin) moved to dismiss this case. Dkt. 14. Mr. Ahmad's opposition to the motion to dismiss was due on September 12, 2025, but Mr. Ahmad has not filed any opposition. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to September 30, 2025. If Mr. Ahmad does not file his opposition to the motion to dismiss by that date or indicate to the Court why a further extension is warranted, the Court will evaluate Relin's motion on the present submissions. Relin is ordered to serve this order on Mr. Ahmad by end of day September 19, 2025, and file proof of service on the docket.

  SO ORDERED.

Dated: September 17, 2025
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge