

800 Third Avenue
29th Floor
New York, NY  10022

November 10, 2025

John W. Hanson
d  646.454.3279
john.hanson@ropers.com

o  212.668.5927
f  212.668.5929
ropers.com

> GRANTED. The initial pretrial conference scheduled for November 13, 2025 is hereby CANCELLED. Further, this case is STAYED pending the Court's ruling on Defendant's motion to dismiss and further submission regarding the potential preclusive effect of the recent decision and order in the underlying state court action.
>
> Defendant is ordered to serve this order on Mr. Ahmad by November 12, 2025 and file proof of service on the docket.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 12, 2025

<u>Via ECF</u>

Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 250
New York, NY 10007

Re:    *Ahmad v. Relin, Goldstein & Crane, LLP*
<u>Southern District of New York; Case No.: 25-cv-4167 (AS)</u>

Dear Judge Subramanian:

We represent the defendant, Relin, Goldstein & Crane, LLP ("RGC"), in the above-referenced matter.

We write in accordance with Your Honor's Individual Rules of Practice with respect to the Initial Pre-Trial Conference that was previously scheduled to be held on November 13, 2025.  RGC respectfully requests an adjournment of this conference to a date after which Your Honor has had the opportunity to review and decide RGC's pending motion to dismiss and its further submission that was filed in accordance with Your Honor's Memo Endorsement, dated October 17, 2025, regarding the potential preclusive effect of the recent decision and order in the underlying action, entitled *Fifth Third Bank, N.A. v. Rasheed Ahmad*; Supreme Court, Bronx County; Index No.: 813765/2024E (the "State Court Action").

This is RGC's first request for such an adjournment, and it is requested due to the pendency of the foregoing motion and further submission, in an effort to conserve resources.  The parties presently do not have another scheduled appearance date with the Court.

We thank the Court for its kind consideration with respect to the foregoing.

Respectfully Submitted,

Ropers Majeski PC

*S/ John W. Hanson/*

John W. Hanson

JWH
cc: Rasheed Ahmad (via ECF)