**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

RASHEED AHMAD,

Plaintiff,

-against-

RELIN, GOLDSTEIN & CRANE LLP,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 4167 (AS)(JW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2026, the Report and Recommendation is ADOPTED and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**